# United States District Court

EASTERN DISTRICT OF WISCONSIN

**RICHARD E. BIVENS**,
        Plaintiff

    v.

**TARGET CORPORATION,**
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **20-CV-1548**

☑    **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that the case is **DISMISSED.**

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: October 3, 2022

GINA M. COLLETTI
Clerk of Court

*s/ Evan Romel*
(By) Deputy Clerk